```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

```
DEBORAH L. KINNISON,              §
                                  §
      Plaintiff,                  §    Civil Action
                                  §    No. C-06-355
v.                                §
                                  §
HUMANA HEALTH PLAN OF TEXAS,      §
INC., et al.,                     §
                                  §
      Defendants.                 §
```

**ORDER**

On this day came on to be considered Plaintiff Deborah Kinnison's motion for leave to file her Second Amended Complaint in the above-styled action (D.E. 29).

The Court has already entered final judgment in this case, DISMISSING the action in its entirety (D.E. 27, Final Judgment). This case was closed on May 9, 2007. Since final judgment has been entered and the case has been DISMISSED, the Court hereby DENIES Plaintiff's motion for leave to file an amended complaint in this action.

SIGNED and ENTERED this 8th day of June, 2007.

_____
Janis Graham Jack
United States District Judge